UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
GREATER NEW YORK MUTUAL
INSURANCE COMPANY,

                        Plaintiff,        24-CV-4791 (VEC)

       -against-                 ORDER

BRIDGEWAY INSURANCE COMPANY,

                      Defendants.
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 31, 2025, the parties appeared before the Court for a conference.

IT IS HEREBY ORDERED that Defendants must produce the insurance policy at issue in this case not later than **Tuesday, February 4, 2025**.

IT IS FURTHER ORDERED that, not later than **Friday, February 7, 2025**, the parties must file (1) a notice of dismissal without prejudice, (2) a joint letter requesting that this case be stayed, or (3) a joint letter proposing a summary judgment briefing schedule.

**SO ORDERED.**

Date: January 31, 2025
      New York, New York

                                                VALERIE CAPRONI
                                               **United States District Judge**